1   MICHAEL D. TORPEY (State Bar No. 79424)
    JAMES N. KRAMER (State Bar No. 154709)
2   CHRISTIN J. HILL (State Bar No. 247522)
    ALEXIS YEE-GARCIA (State Bar No. 277204)
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
4   405 Howard Street
    San Francisco, CA  94105-2669
5   Telephone: (415) 773-5700
    Facsimile: (415) 773-5759
6   Email:  mtorpey@orrick.com
            jkramer@orrick.com
7           chill@orrick.com
            aygarcia@orrick.com
8   *Attorneys for Defendants Violin Memory Inc., Cory Joseph*
    *Sindelar, Donald Basile, Dixon Raymond Doll Jr., Jeffrey J.*
9   *Newman, Howard Allen Bain III, Lawrence J. Lang, David*
    *Bradley Walrod, and Mark Neal Rosenblatt*
10
    PATRICK E. GIBBS (State Bar No. 183174)
11  JULIAN W. PARK (State Bar No. 263501)
    LATHAM & WATKINS LLP
12  140 Scott Drive
    Menlo Park, CA 94025
13  Telephone: (650) 463-3013
    Facsimile: (650) 463-2600
14  Email:  patrick.gibbs@lw.com
            julian.park@lw.com
15  *Attorneys for Defendants J.P. Morgan Securities LLC, Deutsche*
    *Bank Securities Inc., Merrill Lynch, Barclays Capital Inc.,*
16  *Robert W. Baird & Co. Inc., Pacific Crest Securities LLC, and*
    *EM Securities LLC*
17
    LIONEL Z. GLANCY (State Bar No. 134180)
18  MICHAEL GOLDBERG (State Bar No. 188669)
    ROBERT V. PRONGAY (State Bar No. 270796)
19  CASEY E. SADLER (State Bar No. 274241)
    GLANCY BINKOW & GOLDBERG LLP
20  1925 Century Park East, Suite 2100
    Los Angeles, CA 90067
21  Telephone: (310) 201-9150
    Facsimile: (310) 201-9160
22  Email: lglancy@glancylaw.com
           mgoldberg@glancylaw.com
23         rprongay@glancylaw.com
           csadler@glancylaw.com
24  *Attorneys for Plaintiffs Yun-Chung Tsai and Richard L.*
    *Schneider*
25
    SHAWN WILLIAMS (State Bar No. 213113)
26  ROBBINS GELLER RUDMAN & DOWD LLP
    One Montgomery St, Suite 1800
27  San Francisco, CA 94104
    Telephone: (415) 288-4545
28  Facsimile: (415) 288-4534

1   Email: shawnw@rgrdlaw.com
    -and
2   SAMUEL RUDMAN
    MARY BLASY
3   ROBBINS GELLER RUDMAN & DOWD LLP
    58 South Service Road, Suite 200
4   Melville, NY 11747
    Telephone: (631) 367-7100
5   Facsimile: (631) 367-1173
    Email: srudman@rgrdlaw.com
6          mblasy@rgrdlaw.com
    *Attorneys for Plaintiff Andrew McBrian*
7
    LAURENCE D. KING (State Bar No. 206423)
8   MARIO M. CHOI (State Bar No. 243409)
    KAPLAN FOX & KILSHEIMER LLP
9   350 Sansome Street, Suite 400
    San Francisco, CA 94104
10  Telephone: 415-772-4700
    Facsimile: 415-772-4707
11  Email lking@kaplanfox.com
           mchoi@kaplanfox.com
12  -and
    FREDERIC S. FOX
13  JEFFREY P. CAMPISI
    KAPLAN FOX & KILSHEIMER LLP
14  850 Third Avenue
    New York, NY 10022
15  Telephone: 212-687-1980
    Facsimile: 212-687-7714
16  Email: ffox@kaplanfox.com
           jcampisi@kaplanfox.com
17  *Attorneys for Plaintiff Alan Richards*

18  MARK PUNZALAN (State Bar No. 247599)
    PUNZALAN LAW, P.C.
19  600 Allerton Street, Suite 201
    Redwood City, CA 94063
20  Telephone: (650) 362-4150
    Facsimile: (650) 362-4151
21  Email: markp@punzalanlaw.com
    -and
22  NICHOLAS I. PORRITT
    LEVI & KORSINSKY LLP
23  1101 30th Street NW, Suite 115
    Washington, DC 20007
24  Tel: (202) 524-4290
    Fax: (202) 337-1567
25  Email: nporritt@zlk.com
    *Attorneys for Movant Ali Shehk*
26

27   UNITED STATES DISTRICT COURT

     NORTHERN DISTRICT OF CALIFORNIA
28

[~~PROPOSED~~] ORDER CONSOLIDATING CASES

| | |
|---|---|
| 1 | YUN-CHUNG TSAI, Individually and On Behalf of All Others Similarly Situated, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | VIOLIN MEMORY, INC., DONALD G. BASILE, CORY J. SINDELAR, DIXON R. DOLL, JR., HOWARD A. BAIN III, LARRY J. LANG, JEFF J. NEWMAN, MARK N. ROSENBLATT, DAVID B. WALROD, J.P. MORGAN SECURITIES LLC, DEUTSCHE BANK SECURITIES INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ROBERT W. BAIRD & CO. INCORPORATED, and PACIFIC CREST SECURITIES LLC, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | Defendants. |

Case No.  4:13-cv-05486-YGR

**[~~PROPOSED~~] ORDER CONSOLIDATING CASES**

| | |
|---|---|
| 12 | RICHARD L. SCHNEIDER, Individually and On Behalf of All Others Similarly Situated, |
| 13 | |
| 14 | Plaintiff, |
| 15 | v. |
| 16 | VIOLIN MEMORY, INC., DONALD G. BASILE, CORY J. SINDELAR, DIXON R. DOLL, JR., HOWARD A. BAIN III, LARRY J. LANG, JEFF J. NEWMAN, MARK N. ROSENBLATT, DAVID B. WALROD, J.P. MORGAN SECURITIES LLC, DEUTSCHE BANK SECURITIES, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ROBERT W. BAIRD & CO., INCORPORATED, PACIFIC CREST SECURITIES, LLC, EM SECURITIES, LLC, |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | Defendants. |
| 23 | |
| 24 | ANDREW McBRIAN, Individually and on Behalf of All Others Similarly Situated, |
| 25 | Plaintiff, |
| 26 | v. |
| 27 | VIOLIN MEMORY, INC., DONALD G. BASILE, CORY J. SINDELAR, DIXON R. DOLL, JR., HOWARD A. BAIN III, LARRY |
| 28 | |

[~~PROPOSED~~] ORDER CONSOLIDATING CASES

J. LANG, JEFF J. NEWMAN, MARK N.
ROSENBLATT, DAVID B. WALROD, J.P.
MORGAN SECURITIES LLC, DEUTSCHE
BANK SECURITIES, INC., MERRILL
LYNCH, PIERCE, FENNER & SMITH
INCORPORATED, BARCLAYS CAPITAL
INC., ROBERT W. BAIRD & CO.,
INCORPORATED, PACIFIC CREST
SECURITIES, LLC, and EM SECURITIES,
LLC,

                       Defendants.

ALAN RICHARDS, Individually and on
Behalf of All Others Similarly Situated,

                       Plaintiff,

         v.

VIOLIN MEMORY, INC., DONALD G.
BASILE, CORY J. SINDELAR, DIXON R.
DOLL, JR., HOWARD A. BAIN III, LARRY
J. LANG, JEFF J. NEWMAN, MARK N.
ROSENBLATT, DAVID B. WALROD, J.P.
MORGAN SECURITIES LLC, DEUTSCHE
BANK SECURITIES, INC., MERRILL
LYNCH, PIERCE, FENNER & SMITH
INCORPORATED, BARCLAYS CAPITAL
INC., ROBERT W. BAIRD & CO.,
INCORPORATED, and PACIFIC CREST
SECURITIES, LLC,

                       Defendants.

[PROPOSED] ORDER CONSOLIDATING CASES

1

**ORDER**

2

IT IS HEREBY ORDERED that the following related cases shall be consolidated:

3

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Yun-Chung Tsai v. Violin Memory, et al.* | 13-CV-05486-YGR | November 26, 2013 |
| *Richard Schneider v. Violin Memory, Inc., et al.* | 13-CV-05515-YGR | November 27, 2013 |
| *Andrew McBrian v. Violin Memory, Inc., et al.* | 13-CV-05610-YGR | December 4, 2013 |
| *Alan Richards v. Violin Memory, Inc., et al.* | 13-CV-05834-YGR | December 17, 2013 |

4

5

6

7

8

9

The docket in Civil Action No. 13-CV-05486-YGR shall constitute the Master Docket for

10

this action.  The Consolidated Action shall be captioned *In re Violin Memory Inc. Securities*

11

*Litigation*.  The remaining cases shall be administratively closed.

12

It is so ORDERED.

13

14

15

DATED:  February 13, 2014

_____

16

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONSOLIDATING CASES