MICHAEL D. TORPEY (State Bar No. 79424)
JAMES N. KRAMER (State Bar No. 154709)
CHRISTIN J. HILL (State Bar No. 247522)
ALEXIS YEE-GARCIA (State Bar No. 277204)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
Email: mtorpey@orrick.com
       jkramer@orrick.com
       chill@orrick.com
       aygarcia@orrick.com

*Attorneys for Defendants Violin Memory Inc., Cory Joseph Sindelar, Donald Basile, Dixon Raymond Doll Jr., Jeffrey J. Newman, Howard Allen Bain III, Lawrence J. Lang, David Bradley Walrod, and Mark Neal Rosenblatt*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re VIOLIN MEMORY SECURITIES LITIGATION | Case No. 4:13-cv-05486-YGR<br><br>**DEFENDANT VIOLIN MEMORY'S STATEMENT REGARDING INSTITUTIONAL INVESTORS** |
|---|---|

1    Further to the Court's request at the Case Management Conference on February 10, 2014, counsel for Defendant Violin Memory Inc. ("Violin Memory" or the "Company"), has worked with counsel for the Underwriter Defendants, to provide the following information regarding the institutional investors who purchased shares of Violin Memory stock pursuant to the Company's Initial Public Offering ("IPO").  Although this information is not typically public, Defendants understand that this information may be helpful to the Court and are providing it at the Court's request.

There were approximately 20.7 million shares available in the IPO.[1]  The records of the Underwriter Defendants and the Company show that approximately 19.3 million IPO shares were allocated to 214 institutional investors in varying amounts.

Dated: February 18, 2014         Respectfully Submitted,

By:          */s/ Christin J. Hill*
         CHRISTIN J. HILL

*Attorneys for Defendants Violin Memory Inc., Cory Joseph Sindelar, Donald Basile, Dixon Raymond Doll Jr., Jeffrey J. Newman, Howard Allen Bain III, Lawrence J. Lang, David Bradley Walrod, and Mark Neal Rosenblatt*

---

[1] Pursuant to the Registration Statement issued in connection with the IPO, the Company offered 18,000,000 shares of common stock in the IPO.  The underwriters also had the option to purchase a maximum of 2,700,000 additional shares of common stock from the Company at the IPO price, less underwriting discounts and commissions.  Defense counsel is still working to determine whether and to what extent the underwriters exercised their option to purchase the additional shares.