1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA

10                                                    ) Case No. 4:13-cv-05486
                                                      )
11  _____          ) CLASS ACTION
    In re: VIOLIN MEMORY, Inc. SECURITIES             )
12  LITIGATION                                        ) [PROPOSED] ORDER GRANTING
                                                      ) REQUEST FOR WITHDRAWAL OF
13  This Document Relates To:                         ) COUNSEL
                                                      )
14       ALL ACTIONS.                                 )
                                                      )
15                                                    )
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Upon consideration of Notice of Request for Withdrawal as Counsel, and for good cause
2  shown, it is HEREBY ORDERED THAT Shawn A. Williams of Robbins Geller Rudman & Dowd
3  LLP is hereby withdrawn as counsel for record.  The clerk is directed to remove Robbins Geller
4  Rudman & Dowd LLP from the docket, along with the above-named attorney.

IT IS SO ORDERED.

DATED: April 18, 2014           _____
                                THE HONORABLE YVONNE GONZALEZ ROGERS
                                UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
       & DOWD LLP
SHAWN A. WILLIAMS


         s/ Shawn A. Williams
         SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

[PROPOSED] ORDER GRANTING REQUEST FOR WITHDRAWAL OF COUNSEL –4:13-cv-05486-YGR - 1 -