MICHAEL D. TORPEY (State Bar No. 79424)
JAMES N. KRAMER (State Bar No. 154709)
CHRISTIN J. HILL (State Bar No. 247522)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
Email: mtorpey@orrick.com
jkramer@orrick.com
chill@orrick.com
*Attorneys for Defendants Violin Memory Inc., Cory Joseph Sindelar, Donald Basile, Dixon Raymond Doll Jr., Jeffrey J. Newman, Howard Allen Bain III, Lawrence J. Lang, David Bradley Walrod, and Mark Neal Rosenblatt*

PATRICK E. GIBBS (State Bar No. 183174)
JULIAN W. PARK (State Bar No. 263501)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 463-3013
Facsimile: (650) 463-2600
Email: patrick.gibbs@lw.com
julian.park@lw.com
*Attorneys for Defendants J.P. Morgan Securities LLC, Deutsche Bank Securities Inc., Merrill Lynch, Barclays Capital Inc., Robert W. Baird & Co. Inc., Pacific Crest Securities LLC, and EM Securities LLC*

LAURENCE D. KING (State Bar No. 206423)
MARIO M. CHOI (State Bar No. 243409)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
Email: lking@kaplanfox.com
mchoi@kaplanfox.com
-and
JEFFREY P. CAMPISI (admitted *pro hac vice*)
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: jcampisi@kaplanfox.com
-and

NICHOLAS I. PORRITT (admitted *pro hac vice*)
ADAM M. APTON (admitted *pro hac vice*)
LEVI & KORSINSKY LLP
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567
Email: nporritt@zlk.com
aapton@zlk.com
*Attorneys for Lead Plaintiffs Ali Shehk and Alan Richards, and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re VIOLIN MEMORY, INC., SECURITIES LITIGATION | Master File No.: 4:13-cv-05486-YGR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING HEARING DATE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

This Stipulation is entered into by and among plaintiffs Ali Shehk and Alan Richards (together, "Plaintiffs") and defendants Violin Memory, Inc., Donald G. Basile, Cory J. Sindelar, Dixon R. Doll Jr., Howard A. Bain III, Larry J. Lang, Jeff J. Newman, Mark N. Rosenblatt, David B. Walrod, J.P. Morgan Securities LLC, Deutsche Bank Securities Inc., Merrill Lynch, Pierce Fenner & Smith Incorporated, Barclays Capital Inc., Robert W. Baird & Co. Incorporated, Pacific Crest Securities, LLC, and EM Securities, LLC (collectively, "Defendants") through their attorneys of record.

WHEREAS, on November 21, 2014, Plaintiffs filed the Amended Consolidated Class Action Complaint (Doc. No. 90);

WHEREAS, pursuant to the Court's November 12, 2014 Order (Doc. No. 89), the motion to dismiss hearing is currently scheduled for February 24, 2015;

WHEREAS, lead counsel for the Violin Memory Defendants, James N. Kramer, is scheduled to be in New York on February 24, 2015 for another matter;

WHEREAS, the parties have agreed and stipulated to a new motion to dismiss hearing date of March 24, 2015.

IT IS SO STIPULATED.

Dated: December 19, 2014

MICHAEL D. TORPEY
JAMES N. KRAMER
CHRISTIN J. HILL
ALEXIS YEE-GARCIA
Orrick, Herrington & Sutcliffe LLP

*/s/ Christin J. Hill*
Christin J. Hill
*Attorneys for Defendants Violin Memory Inc., Cory Joseph Sindelar, Donald Basile, Dixon Raymond Doll Jr., Jeffrey J. Newman, Howard Allen Bain III, Lawrence J. Lang, David Bradley Walrod, and Mark Neal Rosenblatt*

Dated: December 19, 2014

PATRICK E. GIBBS
JULIAN W. PARK
Latham & Watkins LLP

*/s/ Patrick E. Gibbs*
PATRICK E. GIBBS
*Attorneys for Defendants J.P. Morgan Securities LLC, Deutsche Bank Securities Inc., Merrill Lynch, Barclays Capital Inc., Robert W. Baird & Co. Inc., Pacific Crest Securities LLC, and EM Securities LLC*

*I, Christin J. Hill, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Scheduling Order. In compliance with General Order 45, X.B., I hereby attest that Patrick E. Gibbs has concurred in this filing.*

Dated: December 19, 2014

LAURENCE D. KING
JEFFREY P. CAMPISI
MARIO M. CHOI
Kaplan Fox & Kilsheimer LLP

*/s/ Jeffrey P. Campisi*
JEFFREY P. CAMPISI
*Attorneys for Lead Plaintiffs*

*I, Christin J. Hill, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Scheduling Order. In compliance with General Order 45, X.B., I hereby attest that Jeffrey P. Campisi has concurred in this filing.*

Dated: December 19, 2014

NICHOLAS I. PORRITT
ADAM M. APTON
Levi & Korsinsky LLP

*/s/ Adam M. Apton*
ADAM M. APTON
*Attorneys for Lead Plaintiffs*

*I, Christin J. Hill, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Scheduling Order. In compliance with General Order 45, X.B., I hereby attest that Adam M. Apton has concurred in this filing.*

**~~[PROPOSED]~~ ORDER**

Pursuant to the Stipulation reached by the parties, and good cause appearing, the Court ORDERS that the hearing on Defendants' motion to dismiss the amended consolidated complaint shall be moved to March 24, 2015.

Dated: December 22, 2014

HON. YVONNE GONZALEZ ROGERS
DISTRICT JUDGE