1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: VIOLIN MEMORY, INC. SECURITIES LITIGATION <br><br> This Document Relates To: <br><br>    MCBRIAN v. VIOLIN MEMORY, INC., No. 4:13-cv-05610-YGR | No. 4:13-cv-05486-YGR <br><br> <u>CLASS ACTION</u> <br><br> [<s>PROPOSED</s>] ORDER GRANTING VOLUNTARY DISMISSAL |

GRANTED

*signature*

Judge Yvonne Gonzalez Rogers

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Upon consideration of Notice of Voluntary Dismissal, and for good cause shown, it is
2  HEREBY ORDERED THAT plaintiff Andrew McBrian's action is voluntarily dismissed without
3  prejudice to his ability to participate in this action as an absent class.
4  IT IS SO ORDERED.
5  DATED:  March 3, 2015                                 _____
                                                                            HON. YVONNE GONZALEZ ROGERS
6                                                                          UNITED STATES DISTRICT JUDGE

7  Submitted by:
8  ROBBINS GELLER RUDMAN
9    & DOWD LLP
   SHAWN A. WILLIAMS

11            s/ Shawn A. Williams
              SHAWN A. WILLIAMS
12
13  Post Montgomery Center
    One Montgomery Street, Suite 1800
    San Francisco, CA  94104
14  Telephone:  415/288-4545
    415/288-4534 (fax)
15
    S:\eFiling\Violin Memory\2014-02-25 Ntc of Dismissal\Violin Memory proposed order.doc