UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VIOLIN MEMORY INC. SECURITIES LITIGATION | Case No. 13-cv-05486-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| PRIVATE MEDIATION WITH JUDGE PHILLIPS COMPLETED BY: | September 4, 2015 |
| CLASS CERTIFICATION MOTION filed by 9/22/15. OPPOSITION FILED BY 10/13/15. REPLY FILED BY 10/27/15. HEARING ON CLASS CERTIFICATION MOTION: 11/10/15 | |
| NON-EXPERT DISCOVERY CUTOFF: | February 29, 2016 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: March 31, 2016<br>Rebuttal: April 18, 2016 |
| EXPERT DISCOVERY CUTOFF: | February 29, 2016 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | Late July(not first two weeks of August) (filed by 6/7/16) |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, October 14, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | October 21, 2016 |
| PRETRIAL CONFERENCE: | Friday, November 4, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, November 19, 2016 at 8:30 a.m. for 5 days<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet
2  and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance
3  hearing on Friday, October 14, 2016 at 9:01 a.m. is intended to confirm that counsel have
4  reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The
5  compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland,
6  California, in Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the
7  parties shall file a one-page JOINT STATEMENT confirming they have complied with this
8  requirement or explaining their failure to comply.  If compliance is complete, the parties need not
9  appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be
10 allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may
11 result in sanctions.

12      The parties must comply with both the Court's Standing Order in Civil Cases and Standing
13 Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All
14 Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

15 **IT IS SO ORDERED.**

16 Dated: 6/29/15

17                                        _____
18                                        YVONNE GONZALEZ ROGERS
                                       United States District Court Judge

United States District Court
Northern District of California