**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE VIOLIN MEMORY, INC. SECURITIES LITIGATION** | Case No.: 13-cv-5486 YGR<br><br>**ORDER ON DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 141 |

The Court having reviewed the parties' Joint Discovery Letter Brief (Dkt. No. 141), and having carefully the issues presented therein, the Court hereby **GRANTS** defendants' request for an order limiting discovery to the period of January 1, 2013 through September 30, 2013.

This Order terminates Docket Number 141.

**IT IS SO ORDERED.**

Dated: October 13, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**