**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE VIOLIN MEMORY, INC. SECURITIES LITIGATION** | Case No.: 13-cv-5486 YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

The Court understands, based upon the representations of the parties, that the above-captioned case has settled.  Accordingly, all pending motion, case management, and trial dates are **VACATED**.  A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, February 5, 2016**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

No later than January 29, 2016, the parties shall file either (a) a motion for preliminary approval of class action settlement; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED**.

Dated: November 6, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**