1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10
11
12

IN RE VIOLIN MEMORY INC.
SECURITIES LITIGATION

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Master Docket No. 13-CV-05486-YGR

**CLASS ACTION**

**ORDER GRANTING LEAD PLAINTIFFS'
MOTION FOR ATTORNEY'S FEES AND
REIMBURSEMENT OF EXPENSES**

DATE:          July 26, 2016
TIME:          2:00 p.m.
CTRM:          1, 4th Floor
JUDGE:          Hon. Yvonne Gonzalez Rogers

1    Having read and considered the papers filed and arguments made by counsel, and good

2  cause appearing,

3    IT IS HEREBY ORDERED AS FOLLOWS:

4    1.    The Court hereby awards Lead Plaintiffs' attorneys' fees for the class action

5  settlement in the amount of $1,875,000 (25% of the class settlement fund), plus interest.

6    2.    The Court awards Lead Plaintiffs' attorneys' reimbursement of costs in the

7  amount of $121,778.53, which shall be paid from the class settlement fund in accordance with

8  the terms of the Stipulation of Settlement.

9    3.    The Court awards each Lead Plaintiff an incentive fee of $5,000.

10    4.    The court approves the Plaintiffs' Counsel's request to pay the Claims

11  Administrator for the costs related to the notice program.

12    IT IS SO ORDERED.

13  DATED:   July 28, 2016

14  YVONNE GONZALEZ ROGERS

15  UNITED STATES DISTRICT COURT JUDGE